# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KANDACE A. WELLS | § § | |
| v. | § § | CIVIL ACTION NO. 3:20-CV-2849-S-BH |
| YOUTUBE, LLC | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 30]. Plaintiff filed an objection [ECF No. 31], and an "addendum" [ECF No. 35] concerning the proposed findings, conclusions, and a recommendation. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objections were made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error.

Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Defendant's YouTube's Rule 12(b)(6) Motion to Dismiss the Complaint, filed October 27, 2020 [ECF No. 10], is **GRANTED**. By separate judgment, the plaintiff's claims against the defendant will be **DISMISSED with prejudice**.

To the extent Plaintiff requests a stay of this case in Plaintiff's Addendum/Re: Suggestions/Conclusion, *see* ECF No. 35, such request is **DENIED**.

**SO ORDERED.**

SIGNED June 28, 2021.

**UNITED STATES DISTRICT JUDGE**