# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| KANDACE A. WELLS | § | |
| --- | --- | --- |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-2849-S-BH |
| | § | |
| YOUTUBE, LLC | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 33]. Plaintiff filed an objection [ECF No. 35]. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objections were made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error.

Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's Motion Requesting Default Judgement, filed May 18, 2021 [ECF No. 32], is **DENIED**.

**SO ORDERED.**

SIGNED June 28, 2021.

**UNITED STATES DISTRICT JUDGE**