IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KANDANCE A. WELLS,<br>　　　Plaintiff, | §<br>§<br>§ | |
| v. | § | Civil Action No. 3:20-CV-2849-S-BH |
| | § | |
| YOUTUBE, LLC,<br>　　　Defendant. | §<br>§<br>§ | Referred to U.S. Magistrate Judge[1] |

## RECOMMENDATION REGARDING REQUEST TO PROCEED
## IN FORMA PAUPERIS ON APPEAL

　　Before the Court is the plaintiff's *Application to Proceed in District Court Without Prepaying Fees or Costs*, received on July 6, 2021 (doc. 40), which is liberally construed as a motion to proceed *in forma pauperis* on appeal.

(**X**)　The request for leave to proceed *in forma pauperis* on appeal should be DENIED because the Court should certify under Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith, and that it presents no legal points of arguable merit and is therefore frivolous for the reasons set forth in the findings, conclusions, and recommendation filed in this case on May 17, 2021 (doc. 30).

　　**If the Court denies the request to proceed *in forma pauperis* on appeal, the plaintiff may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).** *See* Fed. R. App. P. 24(a)(5).

　　SO RECOMMENDED this 7th day of July, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　IRMA CARRILLO RAMIREZ
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Under *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred.